UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Carson C. Puriefoy, Jr.
Vanessa C. Puriefoy

Case No.: 16-23091-JNP
Chapter: 13
Judge: Poslusny

## NOTICE OF PROPOSED PRIVATE SALE

__Carson and Vanessa Puriefoy__, ___Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | US Post Office and Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __March 14, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper Street 4th Floor, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 309 Colonial Drive, Deptford, NJ<br>Block 00657, Lot 13 |
|---|---|

| Proposed Purchaser: | Betty Gray and Paulette Gray |
|---|---|

| Sale price: | $177,500 ($184,000 with seller credit of $6,500) |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Megan Cepero-Lopez, Realtor |
|---|---|
| Amount to be paid: | $10,650 |
| Services rendered: | Marketed property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Daniel L. Reinganum, Esq.

Address: 46 W. Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-23091-JNP
Carson C Puriefoy, Jr.                                                        Chapter 13
Vanessa C Puriefoy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 2            Date Rcvd: Feb 10, 2017
                              Form ID: pdf905             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb          +Carson C Puriefoy, Jr.,    Vanessa C Puriefoy,    309 Colonial Dr,    Wenonah, NJ 08090-1664
r               +Megan Lopez-Cepero,    RE/Max Connection Realtors,    8 Kings Highway W.,    Suite B,
                  Haddonfield, NJ 08033-2116
516277027       +American Express Travel Related Services,    c/o Corporation Trust Co., Reg. Agent,
                  820 Bear Tavern Road,    Trenton, NJ 08628-1021
516277028       +Bureau of Collections & Taxpayer Service,    PO Box 281041,    Harrisburg, PA 17128-1041
516277030      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank SD, NA,    Centralized Bankruptcy,    PO Box 20363,
                  Kansas City, MO 64195-0363)
516277029       +Capital One Bank USA NA,    Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
516277031       +Emergency Care Services of NJ, PA,    PO Box 740021,    Cincinnati, OH 45274-0021
516277032       +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516277033       +Experian,   PO Box 4500,    Allen, TX 75013-1311
516277035       +Inspira Health Network,    509 N. Broad St.,    Woodbury, NJ 08096-1617
516277038       +Jeff Kripitz Agency,    1811 Shore Road,    Northfield, NJ 08225-2219
516277040       +KML Law Group, PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
516375186       +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516277041       +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516277042       +NYS Department of Taxation & Finance,    Building 9 W A Harriman Campus,    Albany, NY 12227-0001
516277043       +NYS TAX DEPARTMENT,    RPC - PIT,   90 COHOES AVE,    Troy, NY 12183-1515
516294284        New York Dept. of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                  Albany, NY  12205-0300
516433722        Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                  Harrisburg, PA 17128-0946
516277044       +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
516277045       +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245
516277046       +Township of Deptford,    PO Box 1016,    Voorhees, NJ 08043-7016
516277047        Township of Deptford,    Attn: Tax Office,    400 Crown Point West,    Deptford, NJ 08086
516277048        TransUnion,   PO Box 2000,    Chester, PA 19022-2000
516277049       +Transworld Systems Inc,    PO Box 15095,    Wilmington, DE 19850-5095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:18:31     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:18:30      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516277034       +E-mail/Text: mmbk@fenton-mcgarvey.com Feb 11 2017 06:18:24
                  Fenton & McGarvey Law Firm, P.S.C.,   2401 Gault Parkway,    Louisville, KY 40223-4175
516277037       +E-mail/Text: cio.bncmail@irs.gov Feb 11 2017 06:18:27     Internal Revenue Service,
                  Centralized Insolvency Operation,   PO Box 7346,    Philadelphia, PA 19101-7346
516277039        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2017 06:18:34     Jefferson Capital Systems, LLC,
                  16 McLeland Rd,   Saint Cloud, MN 56303
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516277036*      +Inspira Health Network,    509 N. Broad St,    Woodbury, NJ 08096-1617
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                   Page 2 of 2                   Date Rcvd: Feb 10, 2017
                               Form ID: pdf905               Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              Daniel L Reinganum    on behalf of Joint Debtor Vanessa C Puriefoy dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Daniel L Reinganum    on behalf of Debtor Carson C Puriefoy, Jr. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
                                                                                               TOTAL: 5
```