Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                  :        Case no.:       _____
                                        :
                                        :        Chapter:        _____
                                        :
                                        :        Judge:          _____
         Debtor(s)                      :
_____:

**CERTIFICATION OF NO OBJECTION**

I _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

❑   Abandonment

❑   Public Sale

❑   Private Sale

❑   Settlement of Controversy

❑   Auctioneer Compensation

Description of Property (if applicable):

JEANNE A. NAUGHTON, Clerk

Date: _____        By: _____

*rev.2/10/17*