Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−23091−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carson C Puriefoy Jr.                                   Vanessa C Puriefoy
   PO Box 301                                            aka Vanessa C Mapp−Puriefoy
   Wenonah, NJ 08090                             PO Box 301
                                                           Wenonah, NJ 08090

Social Security No.:
   xxx−xx−1319                                           xxx−xx−7419

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       10/19/17
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney

COMMISSION OR FEES
$1,545.00

EXPENSES
$501.15

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 19, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-23091-JNP
Carson C Puriefoy, Jr.                                                                    Chapter 13
Vanessa C Puriefoy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Sep 19, 2017
                             Form ID: 137             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
```
db/jdb         +Carson C Puriefoy, Jr.,    Vanessa C Puriefoy,    PO Box 301,    Wenonah, NJ 08090-0301
r              +Megan Lopez-Cepero,    RE/Max Connection Realtors,    8 Kings Highway W.,    Suite B,
                 Haddonfield, NJ 08033-2116
516678071       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516277027      +American Express Travel Related Services,    c/o Corporation Trust Co., Reg. Agent,
                 820 Bear Tavern Road,    Trenton, NJ 08628-1021
516277028      +Bureau of Collections & Taxpayer Service,    PO Box 281041,    Harrisburg, PA 17128-1041
516277030     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank SD, NA,    Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195-0363)
516277029      +Capital One Bank USA NA,    Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
516277031      +Emergency Care Services of NJ, PA,    PO Box 740021,    Cincinnati, OH 45274-0021
516277032      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516277033      +Experian,    PO Box 4500,    Allen, TX 75013-1311
516277035      +Inspira Health Network,    509 N. Broad St.,    Woodbury, NJ 08096-1617
516277038      +Jeff Kripitz Agency,    1811 Shore Road,    Northfield, NJ 08225-2219
516277040      +KML Law Group, PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
516375186      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516277041      +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516277042      +NYS Department of Taxation & Finance,    Building 9 W A Harriman Campus,    Albany, NY 12227-0001
516277043      +NYS TAX DEPARTMENT,    RPC - PIT,    90 COHOES AVE,    Troy, NY 12183-1515
516294284       New York Dept. of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany, NY  12205-0300
516433722       Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
516277044      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516277045      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516277046      +Township of Deptford,    PO Box 1016,    Voorhees, NJ 08043-7016
516277047       Township of Deptford,    Attn: Tax Office,    400 Crown Point West,    Deptford, NJ 08086
516277048       TransUnion,    PO Box 2000,    Chester, PA 19022-2000
516277049      +Transworld Systems Inc,    PO Box 15095,    Wilmington, DE 19850-5095
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2017 02:27:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2017 02:27:14       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516277034      +E-mail/Text: bknotices@fenton-mcgarvey.com Sep 20 2017 02:26:35
                 Fenton & McGarvey Law Firm, P.S.C.,    2401 Gault Parkway,    Louisville, KY 40223-4175
516277037      +E-mail/Text: cio.bncmail@irs.gov Sep 20 2017 02:26:51       Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516277039       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2017 02:27:27       Jefferson Capital Systems, LLC,
                 16 McLeland Rd,    Saint Cloud, MN 56303
                                                                                               TOTAL: 5
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516277036*     +Inspira Health Network,    509 N. Broad St,    Woodbury, NJ 08096-1617
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 19, 2017
                              Form ID: 137               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Daniel L Reinganum    on behalf of Plaintiff Carson C Puriefoy, Jr. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Daniel L Reinganum    on behalf of Joint Debtor Vanessa C Puriefoy dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Daniel L Reinganum    on behalf of Plaintiff Vanessa C Puriefoy dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Daniel L Reinganum    on behalf of Debtor Carson C Puriefoy, Jr. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
                                                                                              TOTAL: 7
```