Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–23091–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carson C Puriefoy Jr.
4 Highbridge Lane
West Deptford, NJ 08086

Vanessa C Puriefoy
aka Vanessa C Mapp–Puriefoy
4 Highbridge Lane
West Deptford, NJ 08086

Social Security No.:
xxx–xx–1319

xxx–xx–7419

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         August 21, 2020
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**55** – Objection to Plan Payments (related document:54 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Carson C Puriefoy Jr., Vanessa C Puriefoy. (lgr)

and transact such other business as may properly come before the meeting.

Dated: July 28, 2020
JAN: lgr

Jeanne Naughton
Clerk