Certificate Number: 02470-NJ-DE-035786169

Bankruptcy Case Number: 16-23091



02470-NJ-DE-035786169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2021, at 11:03 o'clock AM EDT, Carson C Puriefoy Jr completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

FILED
JEANNE A. NAUGHTON, CLERK

SEP 14 2021

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

Date:   June 24, 2021         By:   /s/Kathy Mills

                              Name:  Kathy Mills

                              Title: TENS Instructor

Certificate Number: 02470-NJ-DE-035892583

Bankruptcy Case Number: 16-23091



02470-NJ-DE-035892583

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2021, at 9:47 o'clock PM EDT, Vanessa C Puriefoy completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

FILED
JEANNE A. NAUGHTON, CLERK
SEP 14 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Date: August 4, 2021         By:    /s/Kathy Mills

                              Name: Kathy Mills

                              Title: TENS Instructor

