FILED
JEANNE A. NAUGHTON, CLERK

SEP 14 2021

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re: Carson C. Puriefoy, Jr. Vanessa C. Puriefoy 4 Highbridge Lane West Deptford, NJ 08086 |

Case No.: 16-23091-JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Vanessa C. Puriefoy, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9/4/21

_____
Debtor's Signature
Vanessa C. Puriefoy

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18

FILED
JEANNE A. NAUGHTON, CLERK
SEP 14 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re: Carson C. Puriefoy, Jr.
Vanessa C. Puriefoy
4 Highbridge Lane
West Deptford, NJ 08086

Case No.: 16-23091-JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Carson C. Puriefoy, Jr., debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9-4-21

Debtor's Signature: Carson C. Puriefoy, Jr.

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18